IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Ronald Sutton, #210657 )
_____ )
**Full name and prison number** )
**Of Plaintiff(s)** )
 )
 )
v. )      CIVIL ACTION NO: _____
Alabama Pardon & Paroles et. al., )      (To be supplied by Clerk of
_____ )       U.S. District Court)
Victims Of Crimes Against )
Leniency et. al. )            2:08 CV 003-MEF
_____ )
Governor Bob Riley et. al., )
Honorable Troy King, et. al., )      Demand for Jury Trial
 )
_____ )
**Name of person(s) who violated** )
**Your constitutional rights.** )
**(List the names of all** )
**persons.)** )

I.   PREVIOUS LAWSUITS
   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   YES ( )   NO ( X )

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ( )   NO ( X )

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.   Parties to this previous lawsuit:

         Plaintiff(s) _____None_____

         Defendant(s) _____None_____

      2.   Court )if federal court, name the district; if state court, name the county)_____
                                           None
         _____

      3.   Docket number _____None_____

1

4. Name of judge to whom case was assigned _____
   None

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   None

6. Approximate date of filing lawsuit _____None_____

7. Approximate date of disposition  None

II. PLACE OF PRESENT CONFINEMENT  Limestone Correctional Facility

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Limestone C.F.

III. NAME AND ADDRESSES OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Sidney Williams | @ 301 South Ripley Street BLD#D, Montg. Ala. 36130 |
| 2. Velinda Weatherly | (same as above) |
| 3. Robert Longshore | (same as above) |
| 4. Governor Bob Riley | @ 600 Dexter Ave, Rm#104, Montg. Ala. 36130 |
| 5. Honorable Troy King | @ 11 South Union St. Montg. Ala. 36130 |
| 6. Victims of Crime Against Leniency (VOCAL) | (same as No#1 thru #3) |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  June 5th 2005

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Denial of Effective Due Process of Art I, U.S.C. 14th. Amend.
["Defendants commissioned improprieties in my respective parole proceeding"]

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved)

2

My 2006 Parole denial was the direct results of Alabama's unconstitutional political policy orchestrated by Pardon & Parole Board members Mr. Williams, Mr. Longshore, Mrs. Weatherly through collusion, conspiracy with co-defendants Bob Riley, Troy King and Vocal members et. al., politically predisposing me of a[ny] proper discretionary review rendering the hearing process fundamentally unfair; treating me dissimilar with respects to the laws compared to non-violent offenders inapposite to the Due Process Clause of the Fourteenth Amendment of the United States Constitution ["Contravening Ala. Bd. of Paroles Rules, Reg. Proc. Art IV through VI."]

**GROUND TWO:** _Denial of the Equal Protection Clause of U.S. Const. 14<sup>th.</sup> Amend._

["Defendants principal decision was procedurally infected by _deceit, bias, prejudice_"]

**SUPPORTING FACTS:** Sutton maintains overt _procedures_ were used by the Pardon & Parole Board in June 2006 –that arbitrarily and capriciously denied him of the discretionary review for proper consideration based upon _erroneous –false information_ {"that I have not changed"}, without first hand knowledge or substantive documentation, verifying said assertions made by adverse parties–commingling with Vocal et. al., through complicit acts by Troy King et. al., and Governor Riley's political party –in violation of equal protection principles as-applied to similar incarcerated prisoners being reviewed for parole –Alabama utilized a blanket-styled denial policy – due to the nature, degree of offense.

**GROUND THREE:** Ex Post Facto Clause Violation of Article I, §10, cl. 1 U.S.Const.Amend.

{"Defendants retroactively promulgated additional strictures to §15-22-28(e), Code, 1975"}

**SUPPORTING FACTS:** Defendants retroactively in 2002 (by amendment) increased the time for which my next parole review date be reviewed –by increasing said three (3) year term (Act 1979, No#79-154) to five (5) years –which was not in effect at the time I was convicted/sentenced in 2000; said aggregated enactment violates Article I, §10, cl.1 as-applied to §15-22-28(e) mandates in place when conviction/sentence was invoked in 2000 –inapposite to the 2006 setoff of the next review of 2011; inclusive to, but not limited to allowing a party –not entitled to NOTICE by statute –speak against parole inapposite to State law doctrine governing the Boards authority, power promulgated by Legislation {Contravening Ala.Bd. of Paroles Rules, Reg. Proc. Art. IV through VI} violating Art. V, §24, Ala.Const. 1901, inclusive to usurping §§15-22-20, 24 –26, 28 and section 36, Code of Alabama 1975, _inter alia._

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

<u>Plaintiff Sutton seeks §1983 action for Prospective declaratory and injunctive relief challenging both, the retroactive and constitutionality of Alabama's unfair, discriminatory parole procedures that would render invalid Alabama's procedures used to deny (i) parole eligibility, and / or (ii) parole suitability in accord with *Wilkinson v. Dotson*, 544 U.S. 74 (2005) holdings; ORDER Def's. to *GRANT* White an immediate parole hearing in accordance with statutory laws and administrative rules in place, at the time when, if any crime (actually) occurred in Alabama –2000.</u>

                                        */s/ Ronald Sutton*
                                        Ronald Sutton, #210657

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on    12/26/07    .
                     (Date)

                                        */s/ Ronald Sutton*
Ronald Sutton,
Acting in pro per #210657
Limestone Corrections Facility
28779 Nick Davis Road
Harvest, Alabama 35749-7009