IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

RECEIVED
2008 JAN -2 A 10: 31
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:08cv003-MEF

RONALD SUTTON, Pro Se
Plantiff(s)

v.

TROY KING & RICHARD ALLEN, et.al.
Defendant(s)

I, ___RONALD SUTTON___, being first duly sworn, depose and say that I am the plaintiff in the above case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor. I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?    Yes ( )    No  X

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.    ___N/A___

   B. If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer.    ___N/A___

2. Have you received within the past twelve months and money from any of the following sources?

   A. Business, profession, or form of self-employment?    Yes ( )    No  X

   B. Rent payments, interest, or dividends?    Yes ( )    No  X

   C. Pensions, annuities, or life insurance payments?    Yes ( )    No  X

   D. Gifts or inheritances?    Yes ( )    No  X

   E. Any other sources?    Yes ( )    No  X

   If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.    ___N/A___

PAGE 2

3. Do you own cash, or do you have money in a checking or savings account?
   Yes ( ),   No  X   (Include any funds in prison accounts.)
   If the answer is "yes", state the total value of the items owned: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ( )   No  X
   If the answer is "yes", describe the property and state its approximate value: _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____NONE_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on 12/26/07 (date).

_____
Signature of Petitioner

CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ __0__ on account to his credit at the __LCF__ institution where he is confined. I further certify that the petitioner likewise had the following securities to his credit according to the records of said _____ institution:

See Attached

_____
Authorized Officer of Institution

**INFORMATION REGARDING PRISONER ACCOUNTS**

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include <u>both</u> the total deposits made by the prisoner's account each and every month for the preceding six months <u>and</u> the average monthly balance in the account each and every month during the preceding six months. Information for **six <u>full</u> months** must be provided.

CERTIFICATION

I hereby certify that prisoner Ronald Sutton has been incarcerated in this institution since 8/27, 20 07 and that he has the sum of $ 0.00 in his prison or jail trust account on this the 2nd day of Nov., 20 07. I further certify that the information provided below is true and correct.

|  | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | April 2007 | $ | $ |
| Month 2 | May 2007 | $ | $ |
| Month 3 | Jun 2007 | $ | $ |
| Month 4 | Jul 2007 | $ | $ |
| Month 5 | Aug 2007 | $ 0.00 | $ 0.00 |
| Month 6 | Sept 2007 | $ 0.00 | $ 0.00 |
| Current Month (if less than a full month) | Nov. 2007 | $ 0.00 | $ 0.00 |

Beverly Burnett    11/02/07
Signature of Authorized Officer of Institution

LCF
Name of Institution

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RONALD SUTTON, #210657

    PLAINTIFF,

Vs.

Case # 2:08cv003-MEF
**Assigned by Clerks**

ALABAMA PARDON & PAROLES et. al.,   *   Demand for Jury Trial

    DEFENDANTS.

## MOTION TO PROCEED
### In Forma Pauperis

COMES NOW Ronald Sutton, (hereinafter "Plaintiff") and moves this Honorable Court to **Grant** the above styled motion, as follows:

§ 1.   Plaintiff maintains, that at all times relevant from the inception of the criminal conviction –sentence he has been totally co-dependant upon the Alabama Department of Corrections (hereinafter "ADOC") for safety, security and overall welfare and remains indebted to said agents, and society in general.

§ 2.   Plaintiff maintains, that he has no general income, because the ADOC does not pay inmates for assigned jobs, tasks within its overall institutions. Plaintiff has remained imprisoned without income.

§ 3.   Having no income, and having not previously filed a[ny] civil actions in either Federal, or State court concerning the present subject matter; this being his first civil suit, Plaintiff request said motion be granted upon review, and rule thereinafter accordingly to the attached PMOD account sheet, signed under the penalty of perjury.

WHEREFORE PREMISES SHOWN, Plaintiff prays that this Court will **Grant IFP** status and move expeditiously on the attached §1983 action, to afford comity.

Done so this December 26th. 2007.

Respectfully submitted,

*Ronald Sutton* (signature)

Ronald Sutton, #210657
Acting in pro per

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the foregoing "IFP Motion / Affidavit" upon Honorable Debra Hackett, Clerk of United States District Court, C/O Post Office Box# 711, Montgomery, Alabama 36101-0711 for appropriate – plenary review at the inception of §1983.

Done so this December 26th. 2007.

Respectfully submitted,

*Ronald Sutton* (signature)

Ronald Sutton, #210657
Acting in pro per
Limestone Corrections Facility
28779 Nick Davis Road
Harvest, Alabama 35749-7009

2