IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Mr. Ronald Sutton, Pro Se,　　　　　　＊

　　　　　Plaintiff,　　　　　　　　　＊

vs.　　　　　　　　　　　　　　　　　＊　　Civil Action No. 2:08-CV-0003-MEF
　　　　　　　　　　　　　　　　　　　　　　　　　　　　[WO]
　　　　　　　　　　　　　　　　　　　＊
Alabama Pardons & Paroles, et., al.　＊
　　　　　　　　　　　　　　　　　　　＊
　　　　　Defendant(s).　　　　　　　＊

## SWORN AFFIDAVIT AND EXHIBITS

*Comes now,* Plaintiff, Mr. Ronald Sutton, Pro Se and without funds to afford counsel, or to pay filing fees, after being sworn on oath disposes and states as following: that Mr. Sutton is over twenty-one (21) years of age, and is of sound mind, that each issue memorandum supporting the laws cited herein or Supreme Court precedent. Plaintiff's financial status has not changed since his trial proceedings.

For good cause shown, Motion to Proceed *in forma Pauperis* should be granted for the following reasons: Please take judicial notice of **Rule 201, F.R.Civ.P.** Although the Court can collect the initial filing fees only when funds exists. Under the *safety-value provision,* in no event *shall* a prisoner be prohibited from bringing a civil action for the reason that the Plaintiff has no assets and no means to by which to pay the initial partial filing fee." The Plaintiff does not have a penny to his name. *28 U.S.C. §1915(b)(4).* **Please See Attached Exhibits.**

## NOTARY

I swear under the penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

Sworn to and subscribed before me this 30th day of January 2008.

Shirley A Moore　　　　　06-14-09　　　　　　　　　　Ronald Sutton
Notary Public　　　　　　My Commission Expires　　　　Mr. Ronald Sutton, Pro Se
　　　　　　　　　　　　　　　　　　　　　　　　　　　Limestone Correctional Facility
　　　　　　　　　　　　　　　　　　　　　　　　　　　28779 Nick Davis Road
　　　　　　　　　　　　　　　　　　　　　　　　　　　Harvest, Alabama 35749-7009

RONALD SUTTON, 210657
LIMESTONE CORRECTIONAL FACILITY
28779 NICK DAVIS ROAD
HARVEST, ALABAMA   35749-7009

This correspondence is forwe[...]
an Alabama State Prison. Th[...]
have not been evaluated, and [...]
Department of Corrections is not
responsible for the substance or content
of the enclosed communication.

HONORABLE JUDGE
UNITED STATES DISTRICT COURT
P.O. Box 711
MONTGOMERY, ALABAMA   36101-0711

$ 00.58⁰
02 1A
0004355531   JAN 29 2008
MAILED FROM ZIP CODE 35749

LEGAL MAIL

36101+0711-11  8007

FILED
2006 Aug-21 PM 01:2
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| RONALD SUTTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 7:06-cv-00922-LSC-TMP |
| ) | |
| GOVERNOR BOB RILEY, et al. ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| RONALD SUTTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 7:06-cv-01170-UWC-TMP |
| ) | |
| GOVERNOR BOB RILEY, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER OF CONSOLIDATION

The plaintiff's claims in the above-named case allege discrimination with respect to the accrual of "good-time" credits, allege overcrowding and unconstitutional conditions in Alabama prisons and allege denial of access to the courts. The complaints name the same defendants and in large measure seek the same or similar relief. Rule 42, *Federal Rules of Civil Procedure,* provides for the consolidation of causes of action when there are common questions of law or fact, when a decision in one case may be dispositive of the issues in other cases, and/or when a consolidation of the causes will result in consistent orders or dispositions and judicial economy. Based upon a review of these cases, the court is of the opinion that there are common questions of law and/or fact between

[EXHIBIT A]

these two actions and that the interest of judicial economy and the need for consistent dispositions would be served if the two were consolidated. Accordingly, it is **ORDERED** that the above-styled cases are consolidated for future proceedings. The Clerk is therefore DIRECTED to consolidate these cases.

    The Clerk is further DIRECTED to serve a copy of this order upon the plaintiff.

    Done this 21st day of August 2006.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
143449

FILED                  ANDERSON, CLOSED, INMATE

# U.S. District Court
06 JUN 15 AM 11 Alabama Middle District (Montgomery)
CIVIL DOCKET FOR CASE #: 2:06-cv-00388-WKW-SRW
N.D. OF ALABAMA    Internal Use Only

Sutton v. Riley et al (INMATE1)　　　　　　　Date Filed: 04/28/2006
Assigned to: Honorable William Keith Watkins　Jury Demand: None
Referred to: Honorable Susan Russ Walker　　　Nature of Suit: 555 Habeas
Cause: 42:1983 Prisoner Civil Rights　　　　　Corpus (Prison Condition)
　　　　　　　　　　　　　　　　　　　　　　Jurisdiction: Federal Question

**Plaintiff**

**Ronald Sutton**　　　　　represented by　**Ronald Sutton**
　　　　　　　　　　　　　　　　　　　　　AIS#210657
　　　　　　　　　　　　　　　　　　　　　Bibb County Facility
　　　　　　　　　　　　　　　　　　　　　565 Bibb Lane
　　　　　　　　　　　　　　　　　　　　　Brent, AL 35034
　　　　　　　　　　　　　　　　　　　　　PRO SE

V.

**Defendant**

**Bob Riley**
*Governor*

**Defendant**

**Troy King**
*The Attorney General of the State of Alabama*

**Defendant**

**Richard Allen**
*ADOC Prison Commissioner*

ATTEST: A True Copy
Certified to _____ 6/14, 20 06
Clerk, U.S. District Court,
Middle District of Alabama
BY _____
　　　　Deputy Clerk

[EXHIBIT B]

| Date Filed | # | Docket Text |
|---|---|---|
| 04/28/2006 | | ***Staff Attorneys added as Interested Party. Assignment of Staff Attorney Anderson, ***Set Inmate and Staff Attorney Flags (cs) (Entered: 04/28/2006) |
| 04/28/2006 | 1 | Inmate 1983 COMPLAINT against all defendants, filed by Ronald Sutton.(vma, ) (Entered: 05/01/2006) |
| 04/28/2006 | 2 | Application to Proceed Without Prepayment of Fees and Affidavit by Ronald Sutton. (vma, ) (Entered: 05/01/2006) |
| 05/02/2006 | 3 | REPORT AND RECOMMENDATIONS re 1 Inmate 1983 Complaint filed by Ronald Sutton, it is the Recommendation of the Mag Judge that this case be transferred to the USDC for the NDAL pursuant to the provisions of 28 USC 1404; Objections to R&R due by 5/15/2006. Signed by Judge Susan Russ Walker on 5/2/06. (vma, ) (Entered: 05/02/2006) |
| 05/09/2006 | 4 | OBJECTION to 3 Report and Recommendations by Ronald Sutton. (vma, ) (Entered: 05/10/2006) |
| 06/09/2006 | 5 | ORDER it is the Order, Judgment and Decree of the court that: 1) The plaintiff's objection is overruled; 2) ADOPTING 3 Report and Recommendations; 3) The Clerk is directed to take the necessary steps to transfer this case to the USDC for the Northern District of AL. Signed by Judge William Keith Watkins on 6/9/06. (vma, ) (Entered: 06/09/2006) |
| 06/09/2006 |  | Case transferred to District of Northern District of Alabama. Entire file with certified copy of docket sheet mailed by CMRRR to Clerk. (vma, ) (Entered: 06/09/2006) |