IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD SUTTON, #210657, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08-CV-0003-MEF |
| | ) |
| ALABAMA BOARD OF PARDONS | ) |
| AND PAROLES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on February 1, 2008 (Court Doc. No. 6), which the court construes to contain a motion for civil joinder, and as the facts underlying decisions of the Alabama Board of Pardons and Paroles with respect to each individual inmate plaintiff are substantially different, it is

ORDERED that this motion be and is hereby DENIED.

Done this 4th day of February, 2008.


       /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE