IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

RONALD SUTTON, #210657,        )
                               )
    Plaintiff,              )
v.                             )   CASE NO. 2:08-cv-003-MEF
                               )            WO
ALABAMA PARDONS & PAROLES,     )
*et al.,*                      )
                               )
    Defendants.             )

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #4) to the Recommendation of the Magistrate Judge filed on January 28, 2008 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #3) filed on January 15, 2008 is adopted;

3. This case is DISMISSED without prejudice for plaintiff's failure to pay the full filing fee upon the initiation of this case.

DONE this the 5th day of January, 2008.

                                        /s/ Mark E. Fuller
                              CHIEF UNITED STATES DISTRICT JUDGE