IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| RONALD SUTTON, #210657, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:08-cv-003-MEF |
| | )         WO |
| ALABAMA PARDONS & PAROLES, | ) |
| *et al.,* | ) |
| | ) |
|     Defendants. | ) |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff and that this action is dismissed without prejudice.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 5th day of February, 2008.

                                                  /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE