IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RONALD SUTTON, #210657,                  )
                                         )
        Plaintiff,                       )
                                         )
        v.                               )   CIVIL ACTION NO. 2:08-CV-0003-MEF
                                         )
ALABAMA PARDON & PAROLES, et al.,)
                                         )
        Defendants.                      )

ORDER

In this 42 U.S.C. § 1983 action, Ronald Sutton ["Sutton"], a state inmate, challenges

actions of the Alabama Board of Pardons and Paroles with respect to the decision to deny

him parole in 2006. On February 1, 2008, Sutton filed a motion for class certification under

Rule 23, *Federal Rules of Civil Procedure*, in which he seeks to utilize this cause of action

to litigate the interests of all inmates denied parole. *Court Doc. No. 6.* Upon consideration

of the motion for class certification, and as the court dismissed this case on February 5, 2008

(Court Doc. No. 8), it is

ORDERED that the motion for class certification be and is hereby DENIED.

Done this the 29th day of February, 2008.

                              /s/ Mark E. Fuller
                    CHIEF UNITED STATES DISTRICT JUDGE